UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| v.  § | No.  1:21-CR-00152-RP |
| § | |
| **(5) ERIC SILVA-GOMEZ,** § | |
| *Defendant* § | |

# ORDER

Before the Court is Defendant's Motion to Substitute Counsel, Dkt. 513. The Motion, which Defendant filed pro se, states that Defendant and his attorney have had a breakdown in communication related to differences over the defensive strategy in his case. *Id.* The District Court referred the motion to the undersigned for disposition, Dkt. 516, and the undersigned set the motion for a hearing, Dkt. 517. Defendant appeared, along with his current appointed counsel, Robert Stem, Jr. At the hearing, Defendant reiterated his request for new counsel, and Mr. Stem confirmed he and his client had reached an impasse in their communications. The undersigned admonished Defendant during the hearing that future requests for new appointed counsel will not be well taken. Under the circumstances, however, the Court will permit Mr. Stem to withdraw and will appoint new counsel to take his place.

IT IS THEREFORE ORDERED that the Motion, Dkt. 513, is GRANTED. Mr. Stem is permitted to WITHDRAW as counsel for Defendant, and Alfonso Cabañas, Cabañas Law Firm, PLLC, 4500 S. Flores, San Antonio, TX 78214, (210) 446-4090, is

1

appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Stem meet with Mr. Cabañas at the earliest opportunity to give Mr. Cabañas a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Stem has no further responsibilities in this case.

    SIGNED December 1, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE