UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| v. | § | No.  1:21-CR-00152-RP |
| | § | |
| **(5) ERIC SILVA-GOMEZ,** | § | |
| *Defendant* | § | |

ORDER

Before the Court is Defense Counsel's Motion to Withdraw and Request to Appoint Appellate Counsel, Dkt. 678. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 679.

The District Court entered a final judgment in Silva-Gomez's case on September 22, 2023. Dkt. 670. Silva-Gomez's appointed trial counsel, Alfonso Cabañas, thereafter moved to withdraw from the case and for new counsel to be appointed to represent Silva-Gomez on appeal. Dkt. 678. Based on the representations in that motion, the undersigned finds good cause to permit Silva-Gomez's present counsel to withdraw and to appoint new counsel to represent Silva-Gomez on appeal.

IT IS THEREFORE ORDERED that the motion, Dkt. 678, is GRANTED. Mr. Cabañas is permitted to WITHDRAW as counsel for Defendant, and Cheri C. Thomas, Lewis Thomas Law PC, 4801 Woodway Drive, Suite 480 E, Houston, TX 77056, (832) 851-0500, is appointed to represent Defendant in the above-captioned

1

2

case. The Court FURTHER ORDERS that Mr. Cabañas meet with Ms. Thomas at the earliest opportunity to give Ms. Thomas a copy of the file and bring her up to date with regard to the representation of Defendant. Thereafter, Mr. Cabañas has no further responsibilities in this case.

SIGNED October 2, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE